UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-21746-CIV-MORENO

NATIONAL EQUESTRIAN LEAGUE, LLC
and JUMPING CLASH, S.L.,

      Plaintiffs,

vs.

KEEAN WHITE, ANGELSTONE FARMS,
INC., MORRISEY MANAGEMENT GROUP,
LLC, and MAJOR LEAGUE SHOW
JUMPING LLC,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motions to Dismiss, filed on **March 5, 2021**. The Magistrate Judge filed a Report and Recommendation **(D.E. 50)** on **May 26, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections have been filed, and the time for doing so has now passed.  Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Defendants' Motions to Dismiss is DENIED in large part as set forth in the Report and Recommendation. The Court grants the Defendants' motion to dismiss as follows: (1) striking Plaintiffs' requests for disgorgement of profits in their breach of contract claims; (2) striking Plaintiffs' request for damages other than actual damages, infringer profits,

and costs for copyright infringement in Count XIII; and (3) striking Plaintiffs' request for damages other than actual damages, plus attorney's fees and court costs for the FDUTPA claim. It is also

ADJUDGED that Plaintiffs file a Second Amended Complaint by June 18, 2021 and Defendants shall substantively answer all counts by June 25, 2021.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th of June 2021.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record